UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAVIER NUNEZ, | : | **1:24-CV-00392** |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**<u>ORDER</u>**
October 2, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's motion (*doc. 15*) to dismiss, which is construed as a motion for summary judgment, is **GRANTED**, and this action is dismissed without prejudice.  The Clerk of Court shall close this case.

***<u>S/Susan E. Schwab</u>***
Susan E. Schwab
United States Magistrate Judge